1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **SOUTHERN DISTRICT OF CALIFORNIA**

10   WILLIAM J. JONES,                       Civil No.    06-1979 LAB (AJB)
     CDC #V-27774,
11
                                    Plaintiff,   **ORDER:**
12
                                                 **(1)  DIRECTING U.S. MARSHAL**
13                                               **TO EFFECT SERVICE OF**
                                                 **SUMMONS AND FIRST AMENDED**
14                        vs.                     **COMPLAINT [Doc. No. 7]**
                                                 **PURSUANT TO FED.R.CIV.P. 4(c)(2)**
15                                               **AND 28 U.S.C. § 1915(d);**

16                                               **(2) GRANTING PLAINTIFF'S**
                                                 **REQUEST FOR SUMMONS**
17   JOHN DOVERY, G.T. JANDA, L.E.               **[Doc. No. 8]; AND**
     SCRIBNER, M.E. BOURLAND, M.
18   LEVIN, M. CORREA, L.C. ORDUNO, D.           **(3)  DENYING PLAINTIFF'S**
     SAWTELL, J. KELLERMAN, MADDEN,              **MOTION FOR EXTENSION OF**
19   T. OCHOA, KILPA, ZENDEJAS, and V.           **TIME TO FILE FIRST AMENDED**
     BACH,                                       **COMPLAINT AS MOOT**
20                                               **[Doc. No. 6]**
                                    Defendants.
21

22

23

24         On September 18, 2006, Plaintiff, William Jones, a state prisoner currently incarcerated

25   at Kern Valley State Prison in Delano, California, and proceeding pro se, submitted a civil rights

26   Complaint pursuant to 42 U.S.C. § 1983.[1]   In addition, Plaintiff filed a Motion to Proceed *In*

27   _____

28         [1]  The proceedings were assigned to this Court, but all post-service matters have been referred
     to Magistrate Judge Anthony J. Battaglia by Local Rule 72.3(e), "Assignment of § 1983 Prisoner Civil
     Cases to United States Magistrate Judges," pursuant to 28 U.S.C. § 636.

1  *Forma Pauperis* ("IFP").  The Court granted Plaintiff's Motion to Proceed *IFP* but sua sponte

2  dismissed his Complaint for failing to state a claim upon which § 1983 relief could be granted.

3  *See* November 15, 2006 at 9-10.  Nonetheless, the Court granted Plaintiff forty five (45) days

4  to file an Amended Complaint correcting the deficiencies of pleading identified by the Court.

5  *Id.*.  On December 26, 2006, Plaintiff filed his First Amended Complaint ("FAC") [Doc. No. 7].

6  **I.      Sua Sponte Screening per 28 U.S.C. § 1915(e)(2) and § 1915A**

7          The Prison Litigation Reform Act obligates the Court to review complaints filed by all

8  persons proceeding IFP and by those, like Plaintiff, who are "incarcerated or detained in any

9  facility [and] accused of, sentenced for, or adjudicated delinquent for, violations of criminal law

10  or the terms or conditions of parole, probation, pretrial release, or diversionary program," "as

11  soon as practicable after docketing."  *See* 28 U.S.C. §§ 1915(e)(2) and 1915A(b).  Under these

12  provisions, the Court must sua sponte dismiss any prisoner and all other IFP complaints, or any

13  portions thereof, which are frivolous, malicious, fail to state a claim, or which seek damages

14  from defendants who are immune.  *See* 28 U.S.C. §§ 1915(e)(2)(B) and 1915A; *Lopez v. Smith*,

15  203 F.3d 1122, 1126-27 (9th Cir. 2000) (en banc) (§ 1915(e)(2)); *Resnick v. Hayes*, 213 F.3d

16  443, 446 (9th Cir. 2000) (§ 1915A); *see also Barren v. Harrington*, 152 F.3d 1193, 1194 (9th

17  Cir. 1998) (discussing § 1915A).  "[W]hen determining whether a complaint states a claim, a

18  court must accept as true all allegations of material fact and must construe those facts in the light

19  most favorable to the plaintiff."  *Resnick*, 213 F.3d at 447; *Barren*, 152 F.3d at 1194 (noting that

20  § 1915(e)(2) "parallels the language of Federal Rule of Civil Procedure 12(b)(6)").

21          Here, the Court finds that Plaintiff's First Amended Complaint survives the sua sponte

22  screening required by 28 U.S.C. §§ 1915(e)(2) and 1915A(b), and that Plaintiff is therefore

23  automatically entitled to U.S. Marshal service on his behalf.  *See Lopez*, 203 F.3d at 1126-27;

24  28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process, and perform

25  all duties in [IFP] cases."); FED.R.CIV.P. 4(c)(2) (providing that "service be effected by a United

26  States marshal, deputy Untied States marshal, or other officer specially appointed by the court

27  ... when the plaintiff is authorized to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.").

28

1        In the Court's November 15, 2006 Order, Plaintiff was informed that if he chose to file

2   a First Amended Complaint, any defendant not named and any claim not re-alleged in his

3   Amended Complaint would be considered waived.  *See* Nov. 15, 2006 Order at 9 (citing *King*

4   *v. Atiyeh*, 814 F.2d 565, 567 (9th Cir. 1987)).  In his First Amended Complaint, Plaintiff only

5   names as Defendants Dovery, Janda, Scribner, Bourland, Levin, Correa, Orduno, Sawtell,

6   Kellerman, Madden, Ochoa, Kilpa, Zendejas, and Bach.  (FAC at 1-5).  Accordingly, Plaintiff

7   has waived his claims against all remaining Defendants previously named in the original

8   Complaint and the Clerk of the Court is directed to terminate those Defendants from the docket.

9   **II.      Conclusion and Order**

10       Good cause appearing, **IT IS HEREBY ORDERED** that:

11       1.      Plaintiff's Motion requesting the Clerk to issues summons [Doc. No. 8] is

12   **GRANTED.**  The Clerk shall issue the summons as to **Dovery, Janda, Scribner, Bourland,**

13   **Levin, Correa, Orduno, Sawtell, Kellerman, Madden, Ochoa, Kilpa, Zendejas, and Bach**,

14   provide Plaintiff with  a certified copy of both this Order and his First Amended Complaint and

15   forward them to Plaintiff along with a blank U.S. Marshal Form 285 for each Defendant named

16   in his First Amended Complaint.  Plaintiff shall complete the Form 285s and forward them to

17   the United States Marshal.  The U.S. Marshal serve a copy of the First Amended Complaint

18   upon Defendants Dovery, Janda, Scribner, Bourland, Levin, Correa, Orduno, Sawtell,

19   Kellerman, Madden, Ochoa, Kilpa, Zendejas, and Bach as directed by Plaintiff on each U.S.

20   Marshal Form 285.  All costs of service shall be advanced by the United States.  *See* 28 U.S.C.

21   § 1915(d); Fed.R.Civ.P. 4(c)(2).

22       2.      Defendants are thereafter **ORDERED** to reply to the First Amended Complaint

23   within the time provided by the applicable provisions of Federal Rule of Civil Procedure 12(a).

24   *See* 42 U.S.C. § 1997e(g)(2) (while Defendants may occasionally be permitted to "waive the

25   right to reply to any action brought by a prisoner confined in any jail, prison, or other

26   correctional facility under section 1983," once the Court has conducted its sua sponte screening

27   pursuant to 28 U.S.C. § 1915(e)(2) and § 1915A(b), and thus, has made a preliminary

28

1  determination based on the face on the pleading alone that Plaintiff has a "reasonable

2  opportunity to prevail on the merits," Defendants are required to respond).

3      3.    Plaintiff shall serve upon Defendants or, if appearance has been entered by

4  counsel, upon Defendants' counsel, a copy of every further pleading or other document

5  submitted for consideration of the Court.  Plaintiff shall include with the original paper to be

6  filed with the Clerk of the Court a certificate stating the manner in which a true and correct copy

7  of any document was served on Defendants, or counsel for Defendants, and the date of service.

8  Any paper received by the Court which has not been filed with the Clerk or which fails to

9  include a Certificate of Service will be disregarded.

10      **IT IS FURTHER ORDERED that**:

11      4.    Plaintiff's Motion for Extension of Time to File First Amended Complaint is [Doc.

12  No. 6] is **DENIED** as moot.

13      **IT IS SO ORDERED.**

14  DATED:  February 27, 2007

15

16                                  **HONORABLE LARRY ALAN BURNS**
                     United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

K:\COMMON\EVERYONE\_EFILE-PROSE\LAB\06-1979-hiz.wpd.2277

06cv1979