cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| William J. Jones,<br><br>                Plaintiff,<br>v.<br><br>John Dovery, et al.,<br><br>                Defendants. | Civil No.06cv1979 LAB (AJB)<br><br>ORDER ON REQUEST FOR DIRECTION ON HOW TO OBTAIN NORMAL RATES THE EXPERT CHARGES FOR DISPOSITION [DOC. NO. 66] |

      Plaintiff William Jones has submitted a Request for Direction on How to Obtain Normal Rates the Expert Charges for Disposition [doc. no. 66], which was filed nunc pro tunc to September 12, 2008. Plaintiff appears to be asking for clarification of the Court's Scheduling Order [doc. no. 63], which was filed on August 18, 2008.

      The Scheduling Order provides, "On or before January 16, 2009, all parties shall exchange with all other parties a list of all expert witnesses expected to be called at trial. The list shall include the name, address, and phone number of the expert and a brief statement identifying the subject areas as to which the expert is expected to testify. The list shall also include the normal rates the expert charges for deposition and trial testimony." (Scheduling Order ¶ 1.) Plaintiff appears to be asking the Court to provide him with information about the rates charged by expert witnesses that he could hire to provide testimony on his behalf. The Court is not required, nor is it permitted, to assist a pro se plaintiff in litigating his case. See, e.g., Bias v. Moynihan, 508 F.3d 1212, 1219 (9th Cir. 2007) ("A district court

lacks the power to act as a party's lawyer, even for pro se litigants."); Gordon v. Barnett, 2007 WL 4358314, at *3 (W.D. Wash. Dec. 7, 2007) (stating that if the pro se plaintiff had asked the court for legal advice, the court "could not have done more than direct plaintiff to the applicable rules of civil procedure[]"); cf. Pedraza v. Jones, 71 F.3d 194, 196 (5th Cir. 1995) (stating that a district court lacks authority to appoint expert witnesses for a plaintiff proceeding in forma pauperis). Accordingly, Plaintiff's request is DENIED.  If Plaintiff wishes to hire expert witnesses to provide testimony, he must locate and contact them on his own behalf.

IT IS SO ORDERED.

DATED:  September 30, 2008

Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court