# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

William J. Jones

                V.                             **JUDGMENT IN A CIVIL CASE**

M E Bourland; M Correa; L C Orduno;

                                            CASE NUMBER:    06cv1979-MMA (AJB)

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court hereby adopts the Report and Recommendation in its entirety and Overrules Plaintiff's Objections to the Report and Recommendation. The Court grants Defendants' Motion for Summary Judgment in its entirety. All claims are disposed of in this case and Judgment is to be entered in favor of Defendants.

| March 19, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/ L. Hammer
(By) Deputy Clerk

ENTERED ON March 19, 2010

06cv1979-MMA (AJB)